```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13783
   RAMONA CHRISTIAN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5781

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/31/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/03/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE SECURED NOT I    2473.41          .00           .00
AMERICAN GENERAL FINANCE UNSECURED        NOT FILED        .00           .00
AMERICAN GENERAL FINANCE SECURED NOT I    .00              .00           .00
AMERICAN GENERAL FINANCE UNSECURED        669.59           .00           124.73
CHASE MANHATTAN MORTGAGE CURRENT MORTG    .00              .00           .00
BANK OF AMERICA MORTGAGE CURRENT MORTG    .00              .00           .00
AMERICAN EXPRESS CENTURI UNSECURED        3584.75          .00           725.15
B-REAL LLC               UNSECURED        5290.65          .00           1070.25
PEOPLES GAS LIGHT & COKE UNSECURED        73.25            .00           .00
THE BUREAUS INC          UNSECURED        NOT FILED        .00           .00
WORLD FINANCIAL NETWORK  UNSECURED        209.78           .00           39.08
ROUNDUP FUNDING LLC      UNSECURED        1306.77          .00           264.35
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,334.00                       2,334.00
TOM VAUGHN               TRUSTEE                                         354.16
DEBTOR REFUND            REFUND                                          31.43

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                4,943.15

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      2,223.56
ADMINISTRATIVE                                 2,334.00
TRUSTEE COMPENSATION                           354.16
DEBTOR REFUND                                  31.43
                       --------------          --------------
TOTALS                 4,943.15                4,943.15
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13783 RAMONA CHRISTIAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```